3:23-cv-1233

Charlesetta Williams I Will Like A
318 703-1208 Compleant Form
I Will Like A compleant Form I.F.P.
To Filed this compleant pro-se Application
Plantiff plantiff Local Police
S.port Police officer All Stalking
Stalking By Talking Tonching
of the Body oregons A felony
Attempted second degree murder
S.P-D- 1234 Texas Ave S-port LA 71101
Chief of police Wayne Smith
1234 Texas Ave S-port LA 71101
Asst Chief of police over In
Afdaustal La Walter Col the
Jail Gerald Ataway were In
For mulder of the federah
Trade center LT-Hamilton Ex.LT.
Now LT Sup S-port City Jail
755 Hope st S-port LA 7 RECEIVED
Made Lap-Tap computer SEP 07 2023
A S-port police officer
were His Body Guard & TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
Sheriff Steve praator Gerald BY
Ataway 3050 martin Luther King
Jr Dr couper Rd S-port LA 71107
Dr martin Luther King Jr
Communty S-port LA 71107
Sheriff Steve Praator Government
plazda 505 Travis st S-port LA 71101
City marshall Jon-Jon made the
Dise the Police put their cars
In Shop And put me In camera
I In A camera In Gerald Ataway
Car S-port Police car He IS
In But Not A police col officer
He IS A southern police officer
Security Guard for the college

Charlesetta Williams I Will Like To File
318 203-1208    this Complicant
8-28-2023    With A Complicant
Form pro-se plaintiff
PLAINTIFF

OVER In AFDAVStan LA AFDAVStan
Police Sign A Warrant FOR
Gerald AtAWAY Capture they
Suppose To Bought Him Back
Sheriff Steve-profor they
Told ME that He Call F.B.I.
A Federal Agent He man
S.port Dicisor And A Federal
Agent Escorfed them HER
With them LAP-Top Computer
Computer 250 LAp-Top Computer
In Gerald AtAWAY Computer In
A Camera With me In Camera
To they ant Watching mE
Crime A Induaival Along
By myself they Watching
them Crime In the Home
250 And more LAP-Top
Computer City Marshall
Jon-Jon S port City Court
House 1344 Texas Ave S-port
LA 71101 Depufy Marshall
paid Gerald AtAWAY$10,000
to Kill me money IS In
Backseat of police Car
He IS In Back up universal
Police 3050 M.L.K. Ji Dr.
S-port Police Dpt Substation
City Marshall Jon-Jon
Build up Here Crime Residents
University Park & Dr Martin
Luther King Jr Community, State
All Communities out of the To

Family members Have been
Arrested To For stalkinCe
stalking By Talking Tonching
OF the Body oneCor A Felory
Attempted second Degree
Murder 401 Edwards St
S-port LA 71101 Residents To
OF University Pack Residents
this OF Doctor mantin Luther
King Ja community S-port LA 71101
Males LA state per Angola
Females LA state per Angola
For Life without Bondtparole
F.B.I Federal Agent Escorted
them Here LT-Hamilton Hired
Gerald AtAway Southern Police
Secunty Guard + Sheriff Steve
prator City marshall Jon-Jon
He put In the Appliation For
the Sub marshAlls were up To
Southern Univesty Got them +
S-port police Dpt Substation
Black male OFFicer +
the Dise Is In S-port City
Jail with they LT Sup
Banky newton the DNe
Is In the shop picture
Hand on it Allen Atkins
police car or LG camera
50 white OFFicer picture
one Office BdGe NM 1551
C.W.-T

Charlesetta Williams I Will Like A
318 703-1508 Complaint Form
8-28-2023 To File this
complicant pause
plaintiff

Car on Lot S- port Police
Office Corpol Dalis Badge
Nim 204 Sup 557 Badge
Kidnapping She were not
working m.L.K. Ja Communt
C. W. Crime 2700 Blk mantin
Luther King Jr Da Cooper Rd
S-port LA 71107 Drup- 2 Counts
Drinking In public Felony
Drug-Note Sentence 60-Days
Rait Current S port City
Jail 755 Hope St
S-port LA 71101

Tony R. Moore Clerk of Court
Deputy Clerk Mark L. Hornsby
StE 1167
Chief Judge Terry A Doughty
Mag Judce Mac Sudge
Kayla mclusky United
States attorney office
Criminal Charges
United Government Dpt of
Justice M. B. Kinder